## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES SEAY,

    Plaintiff,

v.                                                    Case No.  8:08-cv-1682-T-30TBM

SUN LIFE ASSURANCE COMPANY OF
CANADA,

    Defendant.
_____/

## ORDER OF DISMISSAL

       The Court has been advised via a Mediation Results Report (Dkt. #14) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

       **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

       **DONE** and **ORDERED** in Tampa, Florida on November 25, 2008.

                                                      JAMES S. MOODY, JR.
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-1682.dismissal 14.wpd